# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAVID GRADON CLEMONS, JR.

VERSUS

KRISTIN RENEE DIABLE

NO. 2020 CW 1195

**MARCH 24, 2021**

---

In Re:    Kristin Renee Diable, applying for rehearing, 21st Judicial District Court, Parish of Tangipahoa, No. 2020-0000650.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **APPLICATION FOR REHEARING DENIED.**  See Rule 2-18.7 of the Uniform Rules of the Louisiana Courts of Appeal.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT